|   |   |
|---|---|
| 1 | GLANCY BINKOW & GOLDBERG LLP |
| 2 | LIONEL Z. GLANCY (#134180) |
|   | MICHAEL GOLDBERG (#188669) |
| 3 | LOUIS N. BOYARSKY (#263379) |
|   | 1925 Century Park East, Suite 2100 |
| 4 | Los Angeles, California 90067 |
| 5 | Telephone: (310) 201-9150 |
|   | Facsimile:  (310) 201-9160 |
| 6 | E-mail: info@glancylaw.com |
| 7 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JOSEPH OPERMAN, derivatively on behalf of The Cooper Companies, Inc., | Case No. 4:12-cv-00143-LB |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES PURSUANT TO CIVIL LOCAL RULE 3-12** |
| v. | |
| ROBERT S. WEISS, A. THOMAS BENDER, MICHAEL H. KALKSTEIN, JODY S. LINDELL, DONALD PRESS, STEVEN ROSENBERG, ALLEN E. RUBENSTEIN and STANLEY ZINBERG, | |
| Defendants. | |
| --and-- | |
| THE COOPER COMPANIES, INC., | |
| Nominal Defendant | |

[PROPOSED] ORDER

1  Having considered the Administrative Motion to Relate Cases Pursuant to L.R. 3-12(b) filed by plaintiff Joseph Operman in the above-captioned case and good cause appearing,

IT IS HEREBY ORDERED AS FOLLOWS:

*Operman v. Weiss., et al.*, Case No. 4:12-cv-00143-LB is related to *Greenberg v. The Cooper Companies, Inc., et al.*, Case No. 4:11-cv-05697-YGR, and *Wallen v. The Cooper Companies, Inc., et al.*, Case No. 3:11-cv-06214-YGR.

Dated:  January 26, 2012          _____
                                   HONORABLE LAUREL BEELER
                                   UNITED STATES MAGISTRATE JUDGE



DENIED WITHOUT PREJUDICE
Judge Laurel Beeler

This District's Civil Local Rule 3-12(b) provides in part: "Whenever a party knows or learns that an action, filed in or removed to this district is (or the party believes that the action may be) related to an action which is or was pending in this District as defined in Civil L.R. 3-12 (a), the party must promply file **in the earliest-filed case** an Administrative Motion to Consider Whether Cases Should be Related, pursuant to Civil L.R. 7-11."  N.D. Cal. Civ. L. R. 3-12(b) (emphasis added).  This case (No. C12-00143 LB) is not the earliest-filed case among those cited by Plaintiff.  Therefore, Plaintiff's administrative motion is DENIED WITHOUT PREJUDICE.