# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH OPERMAN, derivatively on behalf of The Cooper Companies, Inc., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT S. WEISS; A. THOMAS BENDER, MICHAEL H. KALKSTEIN, JODY S. LINDELL, DONALD PRESS, STEVEN ROSENBERG, ALLAN E. RUBENSTEIN and STANLEY ZINBERG, <br><br> Defendants, <br><br> --and-- <br><br> THE COOPER COMPANIES, INC., <br><br> Nominal Defendant. | Case No. 12-cv-00143-YGR <br> (Related to Case Nos. 11-cv-05697 YGR and 11-cv-06214 YGR (closed)) <br><br> [PROPOSED] **FINAL ORDER OF DISMISSAL** <br><br> Judge:   Yvonne Gonzalez Rogers |

[PROPOSED] ORDER
CASE NO.12-CV-00143 YGR

**[PROPOSED] ORDER**

On June 13, 2013, Plaintiff Joseph Operman ("Plaintiff") filed an Unopposed Motion Requesting Approval of Voluntary Dismissal and Form of Notice pursuant to Federal Rules of Civil Procedure 23.1(c) and 41(a).  Dkt #32.

On June 18, 2013, the Court preliminarily approved the voluntary dismissal [Dkt #33], subject to the requirements that notice of the proposed dismissal be posted on The Cooper Companies, Inc.'s ("Coopers") website during the period June 21, 2013 through July 5, 2013 (the "Notice"), and that Plaintiff, thereafter, file a motion seeking a final order of dismissal and certifying that the parties complied with the notice requirements set forth in the Court's order.

On June 21, 2013 Coopers posted the requisite Notice on the Investor Relations Governance page of its website advising shareholders of the motion for voluntary dismissal. The Notice contained a brief description of the claims and nature of the action and a statement that any objection to dismissal must be filed with the Court by July 5, 2013.

No objection has been made to the proposed voluntary dismissal.

Accordingly, the Court dismisses the above-captioned Action, without prejudice. The parties shall bear their own costs.

**IT IS SO ORDERED.**

Date: July 24, 2013

_____
HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE